JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

## Plaintiff(s):

First Listed Plaintiff:
Advanced Micro Targeting, Inc. ;
NA; Nevada
**County of Residence:** Outside This District

## Defendant(s):

First Listed Defendant:
Let The Voters Decide, LLC ;
NA; Florida
**County of Residence:** Outside This District

Additional Defendants(s):
Vortex Elite, LLC ;
NA; Florida

**County Where Claim For Relief Arose:** Jackson County

## Plaintiff's Attorney(s):

Laura Bailey Brown ( Advanced Micro Targeting, Inc.)
Fisher Phillips, LLP
4622 Pennsylvania Avenue #910
Kansas City, Missouri 64112
**Phone:** 816.842.8770
**Fax:** 816.842.8767
**Email:** lkbrown@fisherphillips.com

Melody Rayl ( Advanced Micro Targeting, Inc.)
Fisher Phillips, LLP
4622 Pennsylvania Avenue #910
Kansas City, Missouri 64112
**Phone:** 816.842.8770
**Fax:** 816.842.8767
**Email:** mrayl@fisherphillips.com

## Defendant's Attorney(s):

Case 4:25-cv-00881-DGK   Document 1-1   Filed 11/11/25   Page 1 of 2

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** NA

**Defendant:** NA

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** tortious interference, business defamation, injurious falsehood, unfair competition, unjust enrichment

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Laura Bailey Brown

**Date:** 11/11/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.