IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ADVANCED MICRO TARGETING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-CV-00881-CV-DGK |
| ) | |
| LET THE VOTERS DECIDE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO EXPEDITE DISCOVERY AND MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Advanced Micro Targeting, Inc. ("AMT"), by and through the undersigned counsel, hereby withdraws its Motion to Expedite Discovery [Doc. 18] and Renewed Motion for Preliminary Injunction [Doc. 10]. AMT withdraws these motions because the project in which one or more of Defendants were interfering – AMT's gathering of signatures for a Missouri ballot initiative – has come to an end. As a result, the harm can no longer be prevented, and there is no longer a need for temporary injunctive relief.

WHEREFORE, Plaintiff Advanced Micro Targeting, Inc. respectfully withdraws the pending motions and requests the Court schedule the Rule 16 conference to allow the case to proceed.

Respectfully submitted,

*/s/ Laura Bailey Brown*
Melody L. Rayl, MO Bar 60362
Laura Bailey Brown, MO Bar 62732
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Avenue, Suite 910
Kansas City, MO 64112
TEL: (816) 842-8770
Email: mrayl@fisherphillips.com
Email: lkbrown@fisherphillips.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 26, 2025, the foregoing document was filed electronically using the Court's CM/ECF system and will be served on the following by electronic mail:

Edward D. Greim
Aaron Craig
GRAVES GARRETT GREIM
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: (816) 256-3181
Email: EDGreim@gravesgarrett.com
Email: ACraig@gravesgarrett.com

ATTORNEYS FOR DEFENDANTS
LET THE VOTERS DECIDE, LLC
VORTEX ELITE, LLC
SYNERGY WISE SOLUTIONS, LLC

and that on December 26, 2025, the foregoing document was sent via overnight delivery service to the following:

ONEST MARKETING LLC
Kevin B. Diego, Registered Agent
1900 N. Bayshore Drive 3614
Miami, Florida 33132

/s/ *Laura Bailey Brown*
Attorney for Plaintiff