**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Advanced Micro Targeting, Inc., *Plaintiff,* | ) | |
| v. | ) | Case No. 4:25-CV-00881-CV-DGK |
| Let the Voters Decide, LLC, Synergy Wise Solutions, LLC, Vortex Elite, LLC, and Onest Marketing, LLC, *Defendants.* | ) | |

**DEFENDANT LET THE VOTERS DECIDE, LLC'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**

Defendant Let the Voters Decide, LLC ("LTVD") answers Plaintiff Advanced Micro Targeting, Inc.'s ("AMT") First Amended Complaint for Temporary Restraining Order, Injunctive Relief, and Damages (ECF No. 8) ("FAC") as follows:

## NATURE OF THIS ACTION

1. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

2. LTVD admits that it specializes in political strategy, initiative qualification, campaigns, and voter outreach, among other things. LTVD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies the same.

3. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

4. Denied.

5. Denied.

6. Denied.

7. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Admitted that AMT's Missouri Project has ended. To the extent any additional allegations remain specific to this paragraph, LTVD denies the remaining allegations in Paragraph 12 that have not been specifically admitted.

13. Denied.

14. Denied.

**PARTIES, JURISDICTION, AND VENUE**

15. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

16. Admitted that LTVD is a limited liability company organized under the laws of the state of Florida and that its principal place of business is at 52 Riley Road #305, Celebration, Florida 34747. The remainder of the allegations in Paragraph 16 state legal conclusions to which no response is required. To the extent any response is required, LTVD denies the remaining allegations in Paragraph 16 that have not been specifically admitted.

17. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

18. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

19. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

20. Denied.

21. Paragraph 21 states a legal conclusion to which no response is required. To the extent any response is required, LTVD denies the allegations in Paragraph 21.

22. Paragraph 22 states a legal conclusion to which no response is required. To the extent any response is required, LTVD denies the allegations in Paragraph 22.

## ALLEGATIONS COMMON TO ALL COUNTS

23. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

24. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

25. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

26. LTVD admits that it conducts business related to political initiatives and campaigns. LTVD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies those allegations not specifically admitted.

27. Denied that AMT's Missouri Project is ongoing. LTVD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies those allegations.

28. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

29. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

30. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same. LTVD further states that it is not a party to the referenced Employee Agreements and did not agree to their terms. Further, to the extent allegations in this paragraph are based upon or relate to written agreements or contracts, such written agreements or contracts are documents that speak for themselves and LTVD denies any attempt by AMT to summarize, describe, modify, interpret, or otherwise suggest what those documents mean or allegedly say.

31. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same. LTVD further states that it is not a party to the referenced Employee Agreements and did not agree to their terms. Further, to the extent allegations in this paragraph are based upon or relate to written agreements or contracts, such written agreements or contracts are documents that speak for themselves and LTVD denies any attempt by AMT to summarize, describe, modify, interpret, or otherwise suggest what those documents mean or allegedly say.

32. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same. LTVD further states that it is not a party to the referenced Employee Agreements and did not agree to their terms. Further, to the extent allegations in this paragraph are based upon or relate to written agreements or contracts, such written agreements or contracts are documents that speak for themselves and LTVD denies

any attempt by AMT to summarize, describe, modify, interpret, or otherwise suggest what those documents mean or allegedly say.

33. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same. LTVD further states that it is not a party to the referenced Employee Agreements and did not agree to their terms. Further, to the extent allegations in this paragraph are based upon or relate to written agreements or contracts, such written agreements or contracts are documents that speak for themselves and LTVD denies any attempt by AMT to summarize, describe, modify, interpret, or otherwise suggest what those documents mean or allegedly say.

34. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same. LTVD further states that it is not a party to the referenced Employee Agreements and did not agree to their terms. Further, to the extent allegations in this paragraph are based upon or relate to written agreements or contracts, such written agreements or contracts are documents that speak for themselves and LTVD denies any attempt by AMT to summarize, describe, modify, interpret, or otherwise suggest what those documents mean or allegedly say.

35. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph regarding when AMT learned any particular fact and therefore denies the same. LTVD denies the remaining allegations in this paragraph.

36. Denied.

37. Denied.

38. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

39. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

40. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

41. Denied.

42. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

43. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

44. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

45. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

46. Denied.

47. Denied.

48. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

49. Denied.

50. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

51. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

52. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

53. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

54. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

55. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

56. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

57. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

58. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

59. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

60. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

61. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

62. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

63. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

64. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

65. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

66. LTVD lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies the same.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

## COUNT I: TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY AND CONTRACTUAL RELATIONS
**(Against All Defendants)**

74. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

75. Denied.

76. Denied.

77. Paragraph 77 states a legal conclusion to which no response is required. To the extent any response is required, LTVD denies the allegations in Paragraph 77.

78. Paragraph 78 states a legal conclusion to which no response is required. To the extent any response is required, LTVD denies the allegations in Paragraph 78.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

**COUNT II: MISAPPROPRIATION OF TRADE SECRETS IN VIOLATION OF DEFEND TRADE SECRETS ACT (18 U.S.C. § 1831, *et seq.*)**
**(Against All Defendants)**

84. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

85. Denied.

86. Denied.

87. Paragraph 87 states a legal conclusion to which no response is required. To the extent any response is required, LTVD denies the allegations in Paragraph 87.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

## COUNT III: BUSINESS DEFAMATION
**(Against All Defendants)**

95. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

## COUNT IV: INJURIOUS FALSEHOOD
**(Against All Defendants)**

102. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

## COUNT V: UNFAIR COMPETITION
**(Against All Defendants)**

108. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

**CLAIM VI: UNJUST ENRICHMENT**
**(Against All Defendants)**

114. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

115. Denied.

116. Denied.

**COUNT VII: CIVIL CONSPIRACY**
**(Against All Defendants)**

117. LTVD incorporates by references the responses set forth in the foregoing paragraphs as if fully set forth herein.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

**RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF**

Further responding to the "WHEREFORE" paragraph, including all subparts thereto, following Paragraph 123, LTVD denies all allegations in the "WHEREFORE" paragraph, including all subparts; LTVD denies that it has wrongfully caused Plaintiff to suffer an irreparable injury or sustain any damages; LTVD denies that Plaintiff is entitled to any relief sought; and

LTVD demands an opportunity to engage in full and fair discovery into the veracity of Plaintiff's claims.

WHEREFORE, LTVD respectfully requests that the Court:

i. dismiss Plaintiff's First Amended Complaint;

ii. grant LTVD its costs incurred in this action; and

iii. grant such other and further relief as the Court may deem just and equitable.

**LTVD'S AFFIRMATIVE DEFENSES**

1. Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted.

2. LTVD denies each allegation in the First Amended Complaint not specifically admitted herein.

3. Plaintiff's claims are barred because Plaintiff lacks standing, including standing to enforce contractual provisions in its purported Employee Agreements against LTVD, who was not a party to the Employment Agreements and did not agree to their terms.

4. Plaintiff's claims are barred by the unclean hands doctrine.

5. Plaintiff's damages, if any, were directly caused or directly contributed to by Plaintiff's own fault, negligence, or intentional acts.

6. Plaintiff's damages, if any, were directly caused or directly contributed to by the conduct, fault, actions, inactions, or negligence of third parties other than LTVD.

7. To the extent the acts or omissions of third persons caused or contributed to cause Plaintiff's alleged damages, if any, LTVD is not liable or is entitled to an allocation of fault with those third persons.

8. Plaintiff's claims relating to or based upon alleged defamatory or false statements fail to the extent statements allegedly supporting those claims are substantially or literally accurate or true.

9. LTVD incorporates by reference each and every other affirmative defense that may be uncovered or made known during the investigation and discovery of this case.

10. LTVD reserves the right to amend its pleading and affirmative defenses as discovery progresses and new affirmative defenses are discovered.

Dated: June 25, 2026

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**

*/s/ Edward D. Greim*

Edward D. Greim (MO 54034)
J. Aaron Craig (MO 62041)
Matthew R. Mueller (MO 70263)
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
acraig@gravesgarrett.com
mmueller@gravesgarrett.com

*Attorneys for Defendant*
*Let the Voters Decide, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which sent notice to counsel of record.

*/s/ Edward D. Greim*
Attorney for Defendant
Let the Voters Decide, LLC